UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                 Case No.  8:06-cr-43-T-24 MAP

MICHAEL L. CONE, JOANNE K.
CONE, and PATRICIA RANKIN
GRABLE a/k/a Patricia "Pat" Rankin,

_____/

## ORDER

This cause comes before the Court on Clearglass, LLC and BRA Associates, LLC's (collectively referred to as "Movants") Motion for Order Acknowledging Assignment of Restitution and to Amend Judgment in a Criminal Case. (Doc. No. 426). The Government opposes the motion. (Doc. No. 430). As explained below, the motion is denied.

In this criminal case, the Court ordered that Defendants were jointly and severally liable for restitution in the amount of $1,776,248.66, payable to two payees. St. Paul's Travelers' Insurance Company ("St. Paul") was a named payee for $1,000,000, and the U.S. Bankruptcy Court was a named payee for $776,248.66. Thereafter, St. Paul assigned its right to the $1,000,000 restitution to Clearglass, LLC, and the Bankruptcy Court sold its right to the $776,248.66 restitution to BRA Associates, LLC.

In the instant motion, Movants ask the Court to amend Defendants' judgments in the instant case to reflect Movants as the new payees of the restitution amounts. Movants make this motion pursuant to Rule 36 of the Federal Rules of Criminal Procedure. Rule 36 provides that the court may "correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." However, as the change in the restitution payees occurred after the judgments were entered, it cannot be said that the judgments contain a clerical error or an error arising from oversight or omission. Accordingly, Movants' request is not authorized under Rule 36.

Additionally, the Court notes that Movants do not have standing in this case to request that the judgements be amended.  The only parties with standing to make such a request are the Government and Defendants.

Accordingly, it is ORDERED AND ADJUDGED that Movants' motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of February, 2012.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record